---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Van Der Valk Construction LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1372795** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1601 N FLORIDA AVENUE** <br> **Hernando, FL 34442** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Citrus** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Van Der Valk Construction LLC**                                        Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor   **Van Der Valk Construction LLC**                                    Case number (*if known*) _____
         Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

4/30/25 11:25AM

Debtor  **Van Der Valk Construction LLC**
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Case number (*if known*)

Debtor    **Van Der Valk Construction LLC**        Case number (*if known*) _____

     Name

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2025**
          MM / DD / YYYY

**X** **/s/ CHRIS G MATSER**          **CHRIS G MATSER**
    Signature of authorized representative of debtor      Printed name

Title    **MANAGER**

---

**18. Signature of attorney**

**X** **/s/ Richard A. Perry**          Date    **April 30, 2025**
    Signature of attorney for debtor            MM / DD / YYYY

**Richard A. Perry 394520**
Printed name

**RICHARD A. PERRY P.A.**
Firm name

**820 EAST FORT KING STREET**
**Ocala, FL 34471-2320**
Number, Street, City, State & ZIP Code

Contact phone    **352-732-2299**      Email address    **richard@rapocala.com**

**394520 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2025**        X */s/* **CHRIS G MATSER**
_____                _____
                                        Signature of individual signing on behalf of debtor

                                        **CHRIS G MATSER**
                                        _____
                                        Printed name

                                        **MANAGER**
                                        _____
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Van Der Valk Construction LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **84 LUMBER 2281 Broad Street Brooksville, FL 34604** | | **MATERIALS** | **Disputed** | | | **$20,266.67** |
| **ABC SUPPLY CO PO BOX 742067 Atlanta, GA 30374** | | **MATERIALS** | **Disputed** | | | **$23,828.17** |
| **Bailey Industries, Inc. 2320 W. Montclair Road Leesburg, FL 34749** | | **MATERIALS** | | | | **$9,350.00** |
| **Bank of America PO Box 15019 Wilmington, DE 19850-5019** | | **CREDIT CARD** | **Disputed** | | | **$21,665.02** |
| **Bank of America PO Box 15019 Wilmington, DE 19850-5019** | | **CREDIT CARD** | **Disputed** | | | **$49,691.05** |
| **Bank of America PO Box 15019 Wilmington, DE 19850-5019** | | **CREDIT CARD** | **Disputed** | | | **$23,967.98** |
| **BOCC 3600 W. Sovereign Path Ste 111 Lecanto, FL 34461** | | **PERMITS** | | | | **$7,169.62** |
| **BONDED SEPTIC TANK INC P.O. BOX 1509 FL 34441** | | **MATERIALS** | **Disputed** | | | **$56,438.77** |
| **GALE INSULATION 3250 AIR COMMERCE BLVD Brooksville, FL 34604** | | **MATERIALS** | **Disputed** | | | **$72,035.00** |

Debtor   **Van Der Valk Construction LLC**                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GERIG CONCRETE INC 3639 EAST HARTLEY COURT Hernando, FL 34442** | | **MATERIALS** | **Disputed** | | | $113,153.94 |
| **KING SEPTIC 201 S APOPKA AVENUE Inverness, FL 34452** | | **SERVICES** | | | | $9,500.00 |
| **KUBOTA CREDIT CORP 3401 DEL AMO BLVD Torrance, CA 90503** | | **KUBOTA SVL75-3HWC SERIAL # KBCZ053CEP1F12670** | | $80,660.68 | $50,000.00 | $30,660.68 |
| **LOWES P. O. Box 530914 Atlanta, GA 30353-0914** | | **MATERIALS** | **Disputed** | | | $51,626.42 |
| **M TO THE THIRD LLC 4881 E Van Ness Road Hernando, FL 34442** | | **SERVICE** | **Disputed** | | | $31,150.00 |
| **MDST LLC 2941 N BROWN POINT Hernando, FL 34442** | | **BREACH OF CONTRACT FOR INSPECTION SERVICES** | **Disputed** | | | $321,414.45 |
| **Pro Line Title 7119 W. Gulf to Lake HWY Crystal River, FL 34429** | | **Materials and Supplies - Business Debt** | | | | $10,612.80 |
| **RH PAINTING SERVICES 6570 N TRAM ROAD Hernando, FL 34442** | | **SERVICES** | **Disputed** | | | $93,194.00 |
| **SRM CONCRETE 1136 2ND AVENUE Nashville, TN 37208** | | **MATERIALS** | **Disputed** | | | $20,323.98 |
| **TRI COUNTY OVERHEAD DOOR SAL 1110 East Amberjack Drive Hernando, FL 34442** | | **SERVICES** | | | | $9,439.52 |
| **WASTE BROS. 6700 NORTH TALLAHASSEE RD Crystal River, FL 34428** | | **SERVICES** | **Disputed** | | | $15,330.40 |

4/30/25 11:25AM

| Fill in this information to identify the case: |
| --- |

Debtor name   **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................   $ _____78,465.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................................   $ _____78,465.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____80,660.68

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____981,671.09

4.   **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

   $ _____1,062,331.77

**Fill in this information to identify the case:**

Debtor name    **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BANK OF AMERICA** | **CHECKING** | **0155** | **$25,965.00** |
| 3.2. | **BANK OF AMERICA** | **CHECKING** | **5033** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$25,965.00**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Debtor | **Van Der Valk Construction LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**OFFICE DESK , CHAIR ,  FILE CABINET** | **$0.00** | | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**PRINTER  , COMPUTER , SCANNER** | **$0.00** | | **$2,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$2,500.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

Debtor    **Van Der Valk Construction LLC**          Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**KUBOTA SVL75-3HWC SERIAL #**<br>**KBCZ053CEP1F12670** | $0.00 | | $50,000.00 |

51. **Total of Part 8.**                                                    $50,000.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Van Der Valk Construction LLC**                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,965.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $78,465.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $78,465.00 |

---

**Fill in this information to identify the case:**

Debtor name      **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  KUBOTA CREDIT CORP**
Creditor's Name

**3401 DEL AMO BLVD**
**Torrance, CA 90503**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**9820**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**KUBOTA SVL75-3HWC SERIAL # KBCZ053CEP1F12670**

Describe the lien
**EQUIPMENT LIEN**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$80,660.68**    Column B: **$50,000.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$80,660.68**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name __**Van Der Valk Construction LLC**__

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**84 LUMBER**<br>**2281 Broad Street**<br>**Brooksville, FL 34604**<br><br>Date(s) debt was incurred __2025__<br>Last 4 digits of account number __XXXX__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __MATERIALS__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,266.67** |
| **3.2** Nonpriority creditor's name and mailing address<br>**ABC SUPPLY CO**<br>**PO BOX 742067**<br>**Atlanta, GA 30374**<br><br>Date(s) debt was incurred __2024__<br>Last 4 digits of account number __2389__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __MATERIALS__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,828.17** |
| **3.3** Nonpriority creditor's name and mailing address<br>**ADAMS INSULATION AND DRYWALL**<br>**6657 W Hilger Court**<br>**Homosassa, FL 34448**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __XXXX__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __MATERIALS__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,849.75** |
| **3.4** Nonpriority creditor's name and mailing address<br>**ALPHONSE DESIDERIO**<br>**LUCY DESIDERIO**<br>**15 THUNBERGIA CT**<br>**Homosassa, FL 34446**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT__<br>__4439 E WALKER ST INVERNESS FL 34453__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Van Der Valk Construction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ANDRYS RODRIGUEZ**
**507 W 171ST ST 61**
**New York, NY 10032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**106 NO CAPE TERRACE INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ANTONIO CAMACHO**
**4300 OSCEOLA TRAIL RD**
**UNIT 209**
**Kissimmee, FL 34746-2044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**47 N CAPE TERR INVERENSS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ANTONIO HERNANDEZ**
**AMAL SHIHADEH**
**941 SW 143RD AVE**
**Hollywood, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**116 N BUCHANNON INVERENSS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ARLYN M GUZMAN**
**44 ROYAL DRIVE**
**Eustis, FL 32726**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4418 E REJOICE ST INVERENSS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,350.00** |
|---|---|---|---|

**Bailey Industries, Inc.**
**2320 W. Montclair Road**
**Leesburg, FL 34749**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **XXXX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MATERIALS**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,691.05** |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **4550**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Van Der Valk Construction LLC** _____    Case number (if known) _____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,665.02 |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7469**

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,967.98 |
|---|---|---|---|

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19850-5019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8581**

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BEATRICE NIEVES**
**17820 JAMESTOWN WAY**
**APT B**
**Lutz, FL 33558**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4526 E REJOICE ST INVERENESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,169.62 |
|---|---|---|---|

**BOCC**
**3600 W. Sovereign Path**
**Ste  111**
**Lecanto, FL 34461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **XXXX**

Basis for the claim:  **PERMITS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,438.77 |
|---|---|---|---|

**BONDED SEPTIC TANK INC**
**P.O. BOX 1509**
**  FL 34441**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **XXXX**

Basis for the claim:  **MATERIALS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CARLOS MORENO**
**MARISOL SOTO**
**405 WESTFIELD AV**
**Bridgeport, CT 06606**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**713 HUMMING BIRD DR CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.00 |
|---|---|---|---|

**CENTRAL TESTING LABORATORY**
**130 Satellite Ct.**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **XXXX**

Basis for the claim:  **INSPECTION**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Van Der Valk Construction LLC**                              Case number *(if known)* _____
_____
           Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**CHAMPION PEST CONTROL**
**2525 NE Jacksonville RD**
**Ocala, FL 34470**

Date(s) debt was incurred _

Last 4 digits of account number **XXXX**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**CHARLES F TOWNSEND**
**201 EAST MAIN STREET**
**Leesburg, FL 34748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4451 E WALKER ST INVERENESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**CHRISTOPHER ALLAN THOMAS**
**5905 N HIGHLAND PARK DR**
**Hernando, FL 34442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4405 E WALKER ST INVERENESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | **$4,125.00** |
|---|---|---|---|

**CONSERVATION PLUS**
**PO BOX 2941**
**Inverness, FL 34451**

Date(s) debt was incurred _

Last 4 digits of account number **XXXX**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**DAVID GENE MAKI**
**JOANNA MAKI**
**1120 53RD ROAD AVE E**
**LOT 10**
**Bradenton, FL 34203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4592 E REJOICE ST INVERENESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**DAVID K CASTELLI**
**BARBARA T CASTELLI**
**1734 S TAYSAIL DR**
**Valrico, FL 33594**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4435 E REJOICE ST INVERENSS FL 33453**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Van Der Valk Construction LLC**                    Case number (if known)
_____
Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DENNIS ARIEL VIVES**
**BO SAN JOSE CARR**
**485K 3.1 INT**
**Quebradillas, PR 00678**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**107 N BUCHANNON TERR INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DON SHUMATE**
**306 BASKINS RD CREEK**
**UNIT 206**
**Gatlinburg, TN 37738**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**8459 N MERRIMAC WAY CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DONNA MARIE SLY**
**4628 COUNTY RD 475 # 199**
**Bushnell, FL 33513**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4518 E WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DYANDRIA DAREL**
**1173 SECOND AVE**
**New York, NY 10065**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4423 E DAWSON DR INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**EFRAIN RIVERA**
**ERMYS M RIVERA**
**1009 NE FLORENCE AVE**
**Lees Summit, MO 64086**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4436 E  GARDEN ST INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Van Der Valk Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**FARQUHAR PROPERTIES INC**
**PO BOX 1088**
**Dunnellon, FL 34443**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**8139 N FEATHER AVE CITRUS SPRINGS FL 34433**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**FERNANDO CARDONA**
**ELIZABETH MARTINEZ**
**PO BOX 368**
**New York, NY 10037**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**96 NORTH BUCHANNON TERR INVERNESS FL 34453**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**FRANKLIN R SHERRILL**
**2043 LIMESTONE LN**
**Carpentersville, IL 60110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**2438 VESPERO ST CITRUS SPRINGS FL 34433**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,035.00**

**GALE INSULATION**
**3250 AIR COMMERCE BLVD**
**Brooksville, FL 34604**

Date(s) debt was incurred **2024**
Last 4 digits of account number **XXXX**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **MATERIALS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113,153.94**

**GERIG CONCRETE INC**
**3639 EAST HARTLEY COURT**
**Hernando, FL 34442**

Date(s) debt was incurred _
Last 4 digits of account number **XXXX**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **MATERIALS**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HERMAN R RIVERA**
**PO BOX 981**
**Gotha, FL 34734**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**1668 W CITRUS SPRINGS BLVD CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Van Der Valk Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.35** Nonpriority creditor's name and mailing address

**HIGHEST QUALITY PLUMBING LLC**
**52 Banyan Drive**
**Ocala, FL 34474**

Date(s) debt was incurred _

Last 4 digits of account number **XXXX**

As of the petition filing date, the claim is: Check all that apply.                  **$5,900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MATERIALS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**IRVING CRUZ**
**9810 FLATLANDS AVE**
**Brooklyn, NY 11236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4447 E DAWSON DR INVERENESS 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address

**JAFFET MARTINEZ**
**ADRIANA MARTINEZ**
**4741 LUMINOUS LOOP**
**APT 204**
**Kissimmee, FL 34746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**102 N DUPONT TERR INVERENESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**JESUS SANCHEZ**
**5988 BENT PINE DR**
**APT 380**
**Orlando, FL 32822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**36 N BUCHANNON TER INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**JOEL MALDONADO**
**101 W RIVERSIDE DR**
**Jupiter, FL 33469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**84 N BUCHANNON TER INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**JOHN GARY MOORE**
**DEBRA LOISE MOORE**
**10354 HUNTINGTON FOREST BLVD**
**E**
**Jacksonville, FL 32257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4294 E GARDEN ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Van Der Valk Construction LLC**                                Case number (if known) _____
          Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JORGE LUGO**
**YAMILETTH LUGO**
**5780 FERNLEY DR W**
**APT 113**
**West Palm Beach, FL 33415**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4617 E REJOICE ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JOSE CARLOS CARMENATES**
**18342 NW 68TH AVE**
**APT C**
**Hialeah, FL 33015**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**67 NORTH CAPE TERR INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JOSE R ALONSOL**
**DAISY GARICA**
**1722 GREEN RIDGE RD**
**Tampa, FL 33619**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4403 E REJOICE ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JOSELITO CAPPA**
**242 GRAND RESERVE DR**
**Davenport, FL 33837**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**114 N CAPE TERR INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,500.00** |
|---|---|---|---|

**KING SEPTIC**
**201 S APOPKA  AVENUE**
**Inverness, FL 34452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **XXXX**

Basis for the claim:  **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LORI ANN ALWINE**
**18545 45TH NW**
**Citra, FL 32113**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4473 E WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Van Der Valk Construction LLC** _____     Case number (if known) _____
     Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,626.42 |
|---|---|---|---|

**LOWES**
**P. O. Box 530914**
**Atlanta, GA 30353-0914**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  XXXX**

**Basis for the claim:  MATERIALS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,150.00 |
|---|---|---|---|

**M TO THE THIRD LLC**
**4881 E Van Ness Road**
**Hernando, FL 34442**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  XXXX**

**Basis for the claim:  SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MADELINE FRETS**
**15 JEFFERSON AVE**
**#3A**
**Jersey City, NJ 07306**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**7347 GIBRALTER DR CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MANNY DE JESUS RODRIGUEZ**
**ANA ROSA PADILLA**
**6811 NW 76 ST**
**Fort Lauderdale, FL 33321**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4448 E GARDEN ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MAREK P GIMINSKI**
**BARBARA M GIMINSKI**
**131 MORRIS AVE**
**Garfield, NJ 07026**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4473 E REJOICE ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARIA ORTIZ**
**AIXA ORTIZ**
**10967 LAKE UNDERHILL RD**
**STE 108**
**Orlando, FL 32825**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**2954 W ECHO PLACE CITRUS SPRINGS FL 34433**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Van Der Valk Construction LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MARIO VAN SEVEREN**
**MARIA SEVEREN**
**10311 ARROW CREEEK**
**APT 303**
**Centreville, MD 21617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**9339 N ARCADIA WAY CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$321,414.45**

**MDST LLC**
**2941 N BROWN POINT**
**Hernando, FL 34442**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **BREACH OF CONTRACT FOR INSPECTION SERVICES**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MELISSA LOPEZ**
**4717 HERON ST**
**Hitchcock, TX 77563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4575 N WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MOSHE AMI**
**2221 PINEAPPLE AVE APT 02**
**Melbourne, FL 32936**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4251 E WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**OSCAR VELAQUEZ**
**651 NW 88TH DRIVE**
**Pompano Beach, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4342 EAST GARDEN ST INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**PATRICIA ROTH**
**14508 5TH AVE**
**Tacoma, WA 98445**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4483 EAST TAPER ST INVERNESS FL 34453**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Van Der Valk Construction LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **PATRICK R SONARAMA**<br>**3025 KILMER LANE N**<br>**Minneapolis, MN 55441** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | **Basis for the claim:**  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT<br>7094 N RIPLEY DR CITRUS FL 34433 | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,612.80** |
|---|---|---|---|
| | **Pro Line Title**<br>**7119 W. Gulf to Lake HWY**<br>**Crystal River, FL 34429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number  **XXXX** | **Basis for the claim:**  Materials and Supplies - Business Debt | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **RAM-MARK ENTERPRISE LLC**<br>**11838 LEWIS GREEN WAY**<br>**Orlando, FL 32824** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | **Basis for the claim:**  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT<br>4699 E WALKER ST INVERNESS FL 34453 | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **RAVEN 14 DEVELOPMENT LLC**<br>**1601 N FLORIDA AVE**<br>**Hernando, FL 34442** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | **Basis for the claim:**  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT<br>10803 N HAITIAN DR CITRUS SPRINGS FL 34433 | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **RAVEN 14 DEVELOPMENT LLC**<br>**1601 N FLORIDA AVE**<br>**Hernando, FL 34442** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number | **Basis for the claim:**  CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT<br>10819 N HAITIAN DR CITRUS SPRINGS FL 34433 | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$93,194.00** |
|---|---|---|---|
| | **RH PAINTING SERVICES**<br>**6570 N TRAM ROAD**<br>**Hernando, FL 34442** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number  **XXXX** | **Basis for the claim:**  SERVICES | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | Van Der Valk Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

RICHARD D KRUISE
SUSAN R KRUISE
299 MC MULLEN RD
ALTOONA, PA 16600

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**10681 N BILTMORE TERR CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

RICHARD KELLY
LISA KELLY
909 S ADAMS RD
Veradale, WA 99037

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**7252 DUSTIN TERR CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

RICHARD L COATES
1658 S LADY MARY DR
Clearwater, FL 33756

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4531 E WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

RICHARD W JOHNSON
DEBRA A JOHNSON
31658 CANNON RUSH DR
San Antonio, FL 33576

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4273 E WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

RIGOBERTO ALCALA CABRERA
177 PALO VERDE ST
Carrizo Springs, TX 78834

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**103 N CAPE TERR INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Van Der Valk Construction LLC**                          Case number (if known) _____
_____
Name

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RIVIERA PROPERTIES CORP**
**PO BOX 981**
**Gotha, FL 34734**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**2394 W ALTON ST CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RIVIERA PROPERTIES CORP**
**PO BOX 981**
**Gotha, FL 34734**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**9600 SAND IRIS DR CITRUS SPRINGS FL 34434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERT E BOROWSKI /**
**ELZBIETA BOROWKI LLC**
**100 WEST LAKE COURT**
**Jackson, NJ 08527**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4452 E REJOICE ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROBERTA FORESTIERI**
**MARECHAL BARBACENA 11302**
**AP62B-VILA REGENTE FEIJO**
**SAO PAOLO, SP 03333**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4498 E REJOICE ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,927.55** |
|---|---|---|---|

**ROMAC LUMBER**
**722 DUCK LAKE ROAD**
**Lady Lake, FL 32159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **XXXX**

Basis for the claim:  **MATERIALS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SAMANTHA J RIBAS**
**2035 SW 139TH AVE**
**Miami, FL 33175**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**110 N DUPONT TERR INVERNESS FL 34453**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Van Der Valk Construction LLC**                                    Case number *(if known)* _____
_____
Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,323.98** |
|---|---|---|---|

**SRM CONCRETE**
**1136 2ND AVENUE**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  XXXX**

Basis for the claim:  **MATERIALS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of Florida**
**Department of Environmental**
**Protection**
**3900 Commonwealth Boulevard**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Last 4 digits of account number  XXXX**

Basis for the claim:  **COMPLAINT 09-20223-CA-1206**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STEPHEN P ASHLEY**
**212 HILLCREST DR**
**Geneseo, IL 61254**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**10752 N MORENO DR CITRUS SPRINGS FL 34433**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TREVOR MARSHALL**
**MICALLA JENSINE**
**575 COUNTY HWY 20**
**East Springfield, NY 13333-5000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4495 E WALKER ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,439.52** |
|---|---|---|---|

**TRI COUNTY OVERHEAD DOOR SAL**
**1110 East Amberjack Drive**
**Hernando, FL 34442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  XXXX**

Basis for the claim:  **SERVICES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VERONICA DONO**
**4807 W COUNTRY CLUB DR**
**Sarasota, FL 34243**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT**
**4525 E REJOICE ST INVERNESS FL 34453**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Van Der Valk Construction LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,330.40** |
|---|---|---|---|
| | WASTE BROS.<br>6700 NORTH TALLAHASSEE RD<br>Crystal River, FL 34428 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number __XXXX_ | **Basis for the claim:** __SERVICES__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | WILFREDO NATAL<br>ANTONIA RODRIGUEZ<br>3758 10TH AVE APT 6B<br>New York, NY 10034 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** __CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT__<br>__110 N BUCHANNON TERR INVERNESS FL 34453__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | WILLIAM LENG<br>TIFFANY LENG<br>2615 DRIFTWOOD AVE<br>Des Moines, IA 50320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | **Basis for the claim:** __CLAIM FOR DAMAGES FROM REJECTION OF CONTRACT__<br>__4577 E REJOICE ST INVERENESS FL 34453__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | WILLIS R HOWELL INC<br>4752 West Abeline Drive<br>Dunnellon, FL 34433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ <br>Last 4 digits of account number __XXXX_ | **Basis for the claim:** __SERVICES__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ARNOLD & BURGUIERES**<br>**1701 DR M.L. KING ST JR N**<br>**Saint Petersburg, FL 33704** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **GRANT & DOZIER LLC**<br>**123 NORTH APOPKA AVENUE**<br>**Inverness, FL 34450** | Line __3.54__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **STATE OF FLORIDA**<br>**DEPT ENVIRONMENTAL PROTECTIO**<br>**3900 COMMONWEALTH BLVD**<br>**MAIL STATION 35**<br>**Tallahassee, FL 32399** | Line __3.77__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Van Der Valk Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **WALTERS LEVINE PA**<br>**601 BAYSHORE BLVD**<br>**STE 720**<br>**Tampa, FL 33606** | Line  **3.32**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 981,671.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 981,671.09 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 4439 E WALKER ST INVERENESS FL 34453** | **ALPHONSE DESIDERIO LUCY DESIDERIO 15 THUNBERGIA CT Homosassa, FL 34446** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 106 NORTH CAPE TERR INVERNESS FL 34453** | **ANDRYS RODRIGUEZ 507 W 171ST ST 61 New York, NY 10032** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 47 NORTH CAPE TERRACE INVERNESS FL 34453** | **ANTONIO CAMACHO 4300 OSCEOLA TRAIL RD UNIT 209 Kissimmee, FL 34746-2044** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 116 NORTH BUCHANNON TERR INVERENESS FL 34453** | **ANTONIO HERNANDEZ AMAL SHIHADEH 941 SW 143RD AVE Hollywood, FL 33027** |

4/30/25 11:25AM

| Debtor 1 | Van Der Valk Construction LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4418 EAST REJOICE ST INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **ARLYN M GUZMAN**<br>**44 ROYAL DRIVE**<br>**Eustis, FL 32726** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4526 EAST REJOICE ST INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **BEATRICE NIEVES**<br>**17820 JAMESTOWN WAY**<br>**APT B**<br>**Lutz, FL 33558** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 713 W HUMMINGBIRD DR CITRUS SPRINGS FL 34434** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **CARLOS MORENO**<br>**MARISOL SOTO**<br>**405 WESTFIELD AV**<br>**Bridgeport, CT 06606** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4451 E WALKER STREET INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **CHARLES F TOWNSEND**<br>**201 EAST MAIN STREET**<br>**Leesburg, FL 34748** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4405 E WALKER ST INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **CHRISTOPHER ALLAN THOMAS**<br>**5905 N HIGHLAND PARK DR**<br>**Hernando, FL 34442** |

4/30/25 11:25AM

| Debtor 1 | Van Der Valk Construction LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4592 EAST REJOICE ST INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **DAVID GENE MAKI JOANNA MAKI 1120 53RD ROAD AVE E LOT 10 Bradenton, FL 34203** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4435 E REJOICE ST INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **DAVID K CASTELLI BARBARA T CASTELLI 1734 S TAYSAIL DR Valrico, FL 33594** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 107 NORTH BUCHANNON TERRACE INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **DENNIS ARIEL VIVES BO SAN JOSE CARR 485K 3.1 INT Quebradillas, PR 00678** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 8459 N MERRIMAC WAY CITRUS SPRINSG , FL 34434** | |
|---|---|---|---|
| | State the term remaining | | **DON SHUMATE 306 BASKINS RD CREEK UNIT 206 Gatlinburg, TN 37738** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4518 EAST WALKER STREET INVERENSS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **DONNA MARIE SLY 4628 COUNTY RD 475 # 199 Bushnell, FL 33513** |
| | List the contract number of any government contract | | |

4/30/25 11:25AM

Debtor 1    **Van Der Valk Construction LLC**
        First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUTION CONTRACT 4423 EAST DAWSON DR INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **DYANDRIA DAREL 1173 SECOND AVE New York, NY 10065** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4436 E GARDEN STREET INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **EFRAIN RIVERA ERMYS M RIVERA 1009 NE FLORENCE AVE Lees Summit, MO 64086** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 8139 N FEATHER AVE CITRUS SPRINGS FL 34433** | |
|---|---|---|---|
| | State the term remaining | | **FARQUHAR PROPERTIES INC PO BOX 1088 Dunnellon, FL 34443** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 96 NORTH BUCHANNON TERRACE INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **FERNANDO CARDONA ELIZABETH MARTINEZ PO BOX 368 New York, NY 10037** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 2438 W VESPERO ST CITRUS SPRINGS FL 34433** | |
|---|---|---|---|
| | State the term remaining | | **FRANKLIN R SHERRILL 2043 LIMESTONE LN Carpentersville, IL 60110** |
| | List the contract number of any government contract | | |

Debtor 1    **Van Der Valk Construction LLC**                                    Case number (*if known*) _____
　　　　　 First Name 　　　Middle Name 　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.20.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **(C) CONSTRUCTION CONTRAT 1668 W CITRUS SPRINGS BLVD CITRUS SPRINGS FL 34434**<br><br>**HERMAN R RIVERA**<br>**PO BOX 981**<br>**Gotha, FL 34734** |
| 2.21.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 4447 EAST DAWSON DR INVERENESS FL 34453**<br><br>**IRVING CRUZ**<br>**9810 FLATLANDS AVE**<br>**Brooklyn, NY 11236** |
| 2.22.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 102 NORTH DUPONT TERRACE INVERENESS FL 34453**<br><br>**JAFFET MARTINEZ**<br>**ADRIANA MARTINEZ**<br>**4741 LUMINOUS LOOP APT 204**<br>**Kissimmee, FL 34746** |
| 2.23.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **CONSRUCTION CONTRACT 36 NORTH BUCHANNON TERRACE INVERNESS FL 34453**<br><br>**JESUS SANCHEZ**<br>**5988 BENT PINE DR APT 380**<br>**Orlando, FL 32822** |
| 2.24.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 84 NORTH BUCHANNON TERRACE INVERENESS FL 34453**<br><br>**JOEL MALDONADO**<br>**101 W RIVERSIDE DR**<br>**Jupiter, FL 33469** |

4/30/25 11:25AM

Debtor 1    **Van Der Valk Construction LLC**
_____
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 4294 EAST GARDEN STREET INVERNESS FL 34453**<br><br>**JOHN GARY MOORE**<br>**DEBRA LOISE MOORE**<br>**10354 HUNTINGTON FOREST BLVD E**<br>**Jacksonville, FL 32257** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 4617 EAST REJOICE STREET INVERENESS FL 34453**<br><br>**JORGE LUGO**<br>**YAMILETTH LUGO**<br>**5780 FERNLEY DR W**<br>**APT 113**<br>**West Palm Beach, FL 33415** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 67 NORTH CAPE TERRACE INVERNESS FL 34453**<br><br>**JOSE CARLOS CARMENATES**<br>**18342 NW 68TH AVE**<br>**APT C**<br>**Hialeah, FL 33015** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 4403 EAST REJOICE STREET INVERENESS FL 34453**<br><br>**JOSE R ALONSOL**<br>**DAISY GARICA**<br>**1722 GREEN RIDGE RD**<br>**Tampa, FL 33619** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 114 N CAPE TERRACE INVERNESS FL 34453**<br><br>**JOSELITO CAPPA**<br>**242 GRAND RESERVE DR**<br>**Davenport, FL 33837** |

Debtor 1  **Van Der Valk Construction LLC**                                                Case number *(if known)* _____

      First Name       Middle Name       Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4473 E WALKER ST INVERNESS FL 34453** |
| State the term remaining | **LORI ANN ALWINE** |
| List the contract number of any government contract | **18545 45TH NW** **Citra, FL 32113** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 7347 N GIBRALTER DR CITRUS SPRINGS FL 34434** |
| State the term remaining | **MADELINE FRETS** |
| List the contract number of any government contract | **15 JEFFERSON AVE** **#3A** **Jersey City, NJ 07306** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 4448 E GARDEN STREET INVERNESS FL 34453** |
| State the term remaining | **MANNY DE JESUS RODRIGUEZ** |
| List the contract number of any government contract | **ANA ROSA PADILLA** **6811 NW 76 ST** **Fort Lauderdale, FL 33321** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4473 E REJOICE STREET INVERENESS FL 34453** |
| State the term remaining | **MAREK P GIMINSKI** |
| List the contract number of any government contract | **BARBARA M GIMINSKI** **131 MORRIS AVE** **Garfield, NJ 07026** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 2954 W ECHO PLACE CITRUS SPRINGS FL 34433** |
| State the term remaining | **MARIA ORTIZ** |
| List the contract number of any government contract | **AIXA ORTIZ** **10967 LAKE UNDERHILL RD** **STE 108** **Orlando, FL 32825** |

Debtor 1    **Van Der Valk Construction LLC**                                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 9339 N ARCADIA WAY CITRUS SPRINGS FL 34434** | **MARIO VAN SEVEREN MARIA SEVEREN 10311 ARROW CREEEK APT 303 Centreville, MD 21617** |
|---|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(C) CONSTRUCTION CONTRACT 4575 NORTH WALKER ST INVERENESS FL 34453** | **MELISSA LOPEZ 4717 HERON ST Hitchcock, TX 77563** |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 4251 EAST WALKER ST INVERNESS FL 34453** | **MOSHE AMI 2221 PINEAPPLE AVE APT 02 Melbourne, FL 32936** |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 4342 EAST GARDEN ST INVERENSS FL 34453** | **OSCAR VELAQUEZ 651 NW 88TH DRIVE Pompano Beach, FL 33071** |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONSTRUCTION CONTRACT 4483 EAST TAPER STREET INVERNESS FL 34453** | **PATRICIA ROTH 14508 5TH AVE Tacoma, WA 98445** |

Debtor 1    **Van Der Valk Construction LLC**                                  Case number *(if known)*
_____                              _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**(C) CONSTRUCTION CONTRACT 7094 N RIPLEY DR CITRUS SPRINGS FL 34433** | **PATRICK R SONARAMA**<br>**3025 KILMER LANE N**<br>**Minneapolis, MN 55441** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**(C) CONSTRUCTION CONTRACT 4699 EAST WALKER ST INVERENESS FL 34453** | **RAM-MARK ENTERPRISE LLC**<br>**11838 LEWIS GREEN WAY**<br>**Orlando, FL 32824** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**CONSTRUCTION CONTRACT 10803 N HAITIAN DRIVE CITRUS SPRINGS FL 34433** | **RAVEN 14 DEVELOPMENT LLC**<br>**1601 N FLORIDA AVE**<br>**Hernando, FL 34442** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**CONSTRUCTION CONTRACT 10819 N HAITIAN DRIVE CITRUS SPRINGS FL 34433** | **RAVEN 14 DEVELOPMENT LLC**<br>**1601 N FLORIDA AVE**<br>**Hernando, FL 34442** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**CONSTRUCTION CONTRACT 10681 N BILTMORE TERR CITRUS SPRINGS FL 34434** | **RICHARD D KRUISE**<br>**SUSAN R KRUISE**<br>**299 MC MULLEN RD**<br>**ALTOONA, PA 16600** |

Debtor 1   **Van Der Valk Construction LLC**                                      Case number *(if known)* _____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 7252 DUSTIN TERR CITRUS SPRINGS FL 34434** | |
|---|---|---|---|
| | State the term remaining | | **RICHARD KELLY LISA KELLY 909 S ADAMS RD Veradale, WA 99037** |
| | List the contract number of any government contract | _____ | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4531 E WALKER ST INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **RICHARD L COATES 1658 S LADY MARY DR Clearwater, FL 33756** |
| | List the contract number of any government contract | _____ | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4273 E WALKER ST INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **RICHARD W JOHNSON DEBRA A JOHNSON 31658 CANNON RUSH DR San Antonio, FL 33576** |
| | List the contract number of any government contract | _____ | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **CIONSTRUCTION CONTRACT 103 NORTH CAPE TERRACE INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **RIGOBERTO ALCALA CABRERA 177 PALO VERDE ST Carrizo Springs, TX 78834** |
| | List the contract number of any government contract | _____ | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 2394 W ALTON ST CITRUS SPRINGS FL 34434** | |
|---|---|---|---|
| | State the term remaining | | **RIVIERA PROPERTIES CORP PO BOX 981 Gotha, FL 34734** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **Van Der Valk Construction LLC**                                    Case number *(if known)* _____
_____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 9600 SAND IRIS DR CITRUS SPRINGS FL 34434** | |
|---|---|---|---|
| | State the term remaining | | **RIVIERA PROPERTIES CORP PO BOX 981 Gotha, FL 34734** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4452 EAST REJOICE ST INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **ROBERT E BOROWSKI / ELZBIETA BOROWKI LLC 100 WEST LAKE COURT Jackson, NJ 08527** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4498 EAST REJOICE STREET INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **ROBERTA FORESTIERI MARECHAL BARBACENA 11302 AP62B-VILA REGENTE FEIJO SAO PAOLO, SP 03333** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **CONSTRUCTION CONTRACT 110 NORTH DUPONT TERRACE INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **SAMANTHA J RIBAS 2035 SW 139TH AVE Miami, FL 33175** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 10752 N MORENO DR CITRUS SPRINGS FL 34433** | |
|---|---|---|---|
| | State the term remaining | | **STEPHEN P ASHLEY 212 HILLCREST DR Geneseo, IL 61254** |
| | List the contract number of any government contract | | |

Debtor 1    **Van Der Valk Construction LLC**                                                    Case number (*if known*) _____
               First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT  4495 E WALKER ST INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **TREVOR MARSHALL MICALLA JENSINE 575 COUNTY HWY 20 East Springfield, NY 13333-5000** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4525 E REJOICE STREET INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **VERONICA DONO 4807 W COUNTRY CLUB DR Sarasota, FL 34243** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 110 NORTH BUCHANNON TERR INVERNESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **WILFREDO NATAL ANTONIA RODRIGUEZ 3758 10TH AVE APT 6B New York, NY 10034** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **(C) CONSTRUCTION CONTRACT 4577 EAST REJOICE ST INVERENESS FL 34453** | |
|---|---|---|---|
| | State the term remaining | | **WILLIAM LENG TIFFANY LENG 2615 DRIFTWOOD AVE Des Moines, IA 50320** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ | _____ | ☐ D |
| | Street | | ☐ E/F |
| | _____ | | ☐ G |
| | City          State     Zip Code | | |
| 2.2 _____ | _____ | _____ | ☐ D |
| | Street | | ☐ E/F |
| | _____ | | ☐ G |
| | City          State     Zip Code | | |
| 2.3 _____ | _____ | _____ | ☐ D |
| | Street | | ☐ E/F |
| | _____ | | ☐ G |
| | City          State     Zip Code | | |
| 2.4 _____ | _____ | _____ | ☐ D |
| | Street | | ☐ E/F |
| | _____ | | ☐ G |
| | City          State     Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Van Der Valk Construction LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$609,773.79** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$6,678,452.29** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  **BUSINESS**<br>**OPERATIONS** | **$17,017,651.00** |
| **For the fiscal year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$16,059,835.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Van Der Valk Construction LLC | | Case number *(if known)* | |
|---|---|---|---|---|

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **American Builders & Contractors vs. Van Der Valk Construction LLC, et al**<br>2025-CO-001669 | **COLLECTIONS** | **CIRCUIT COURT SIXTH JUDICIAL CIRCUIT PINELLAS COUNTY 315 COURT STREET Clearwater, FL 33756** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Builder Services Group Inc. d/b/a Gale Insulation vs. Van Der Valk Construction LLC**<br>27-2025-CA-304 | **COLLECTIONS** | **CIRCUIT COURT FIFTH JUDICAL COURT HERNANDO COUNTY 20 N MAIN ST Brooksville, FL 34601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Cemex Construction Materials vs. Van Der Valk Construction**<br>09-2025-CC-163 | **COLLECTIONS** | **CIRCUIT COURT FIFTH JUDICIAL CIRCUIT CITRUS COUNTY FLORIDA INVERNESS, FL** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

---

Debtor    Van Der Valk Construction LLC                                   Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Cemex Construction Materials vs. Van Der Valk Construction<br>09-2025-CC-0164 | COLLECTIONS | CIRCUIT COURT<br>FIFTH JUDICIAL CIRCUIT<br>CITRUS COUNTY FLORIDA<br>INVERNESS, FL | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Dyandria Darel vs. Van Der Valk Construction<br>09-2024-CA-749 | BREACH OF CONTRACT | CIRCUIT COURT<br>FIFTH JUDICIAL CIRCUIT<br>CITRUS COUNTY FLORIDA<br>INVERNESS, FL | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | MDST LLC vs. Van Der Valk Construction LLC<br>09-2022-CA-0808 | COLLECTIONS | CIRCUIT COURT<br>FIFTH JUDICIAL CIRCUIT<br>CITRUS COUNTY FLORIDA<br>INVERNESS, FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | State of Florida DBPR vs. Van Der Valk Construction LLC<br>09-2023-CA-1206 | CIVIL PENALITIES | CIRCUIT COURT<br>FIFTH JUDICIAL CIRCUIT<br>CITRUS COUNTY FLORIDA<br>INVERNESS, FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Van Der Valk Construction LLC vs. Richard Coates<br>09-2024-CA-0665 | COLLECTIONS | CIRCUIT COURT<br>FIFTH JUDICIAL CIRCUIT<br>CITRUS COUNTY FLORIDA<br>INVERNESS, FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Van Der Valk Construction LLC**                                    Case number *(if known)*

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **RICHARD A. PERRY P.A. 820 EAST FORT KING STREET Ocala, FL 34471-2320** | **Attorney Fees** | **4/2025** | **$21,738.00** |
| | **Email or website address richard@rapocala.com** | | | |
| | **Who made the payment, if not debtor? PAID BY CHRIS MATSER** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **Van Der Valk Construction LLC**                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Van Der Valk Construction LLC**                                              Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **CHRIS G MATSER 1601 N FLORIDA AVE Hernando, FL 34442** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Van Der Valk Construction LLC | Case number *(if known)* |
|---|---|---|

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CHRIS G MATSER | 1601 N FLORIDA AVE Hernando, FL 34442 | MANAGER | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| INGRID  MATSER | 1601 N FLORIDA AVE Hernando, FL 34442 | MANAGER | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Van Der Valk Construction LLC** _____    Case number *(if known)* _____

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2025** _____

**/s/ CHRIS G MATSER** _____          **CHRIS G MATSER** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **MANAGER** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Van Der Valk Construction LLC** _____   Case No. _____

                                Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 30, 2025** _____    Signature  **/s/ CHRIS G MATSER**

                                                    **CHRIS G MATSER**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Van Der Valk Construction LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 30, 2025**

**/s/ CHRIS G MATSER**
**CHRIS G MATSER/MANAGER**
Signer/Title

Van Der Valk Construction LLC
1601 N FLORIDA AVENUE
Hernando, FL 34442

ARLYN M GUZMAN
44 ROYAL DRIVE
Eustis, FL 32726

CHAMPION PEST CONTROL
2525 NE Jacksonville RD
Ocala, FL 34470

Richard A. Perry
RICHARD A. PERRY P.A.
820 EAST FORT KING STREET
Ocala, FL 34471-2320

ARNOLD & BURGUIERES
1701 DR M.L. KING ST JR N
Saint Petersburg, FL 33704

CHARLES F TOWNSEND
201 EAST MAIN STREET
Leesburg, FL 34748

84 LUMBER
2281 Broad Street
Brooksville, FL 34604

Bailey Industries, Inc.
2320 W. Montclair Road
Leesburg, FL 34749

CHRISTOPHER ALLAN THOMAS
5905 N HIGHLAND PARK DR
Hernando, FL 34442

ABC SUPPLY CO
PO BOX 742067
Atlanta, GA 30374

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

CONSERVATION PLUS
PO BOX 2941
Inverness, FL 34451

ADAMS INSULATION AND DRYWALL
6657 W Hilger Court
Homosassa, FL 34448

BEATRICE NIEVES
17820 JAMESTOWN WAY
APT B
Lutz, FL 33558

DAVID GENE MAKI
JOANNA MAKI
1120 53RD ROAD AVE E
LOT 10
Bradenton, FL 34203

ALPHONSE DESIDERIO
LUCY DESIDERIO
15 THUNBERGIA CT
Homosassa, FL 34446

BOCC
3600 W. Sovereign Path
Ste  111
Lecanto, FL 34461

DAVID K CASTELLI
BARBARA T CASTELLI
1734 S TAYSAIL DR
Valrico, FL 33594

ANDRYS RODRIGUEZ
507 W 171ST ST 61
New York, NY 10032

BONDED SEPTIC TANK INC
P.O. BOX 1509
FL 34441

DENNIS ARIEL VIVES
BO SAN JOSE CARR
485K 3.1 INT
Quebradillas, PR 00678

ANTONIO CAMACHO
4300 OSCEOLA TRAIL RD
UNIT 209
Kissimmee, FL 34746-2044

CARLOS MORENO
MARISOL SOTO
405 WESTFIELD AV
Bridgeport, CT 06606

DON SHUMATE
306 BASKINS RD CREEK
UNIT 206
Gatlinburg, TN 37738

ANTONIO HERNANDEZ
AMAL SHIHADEH
941 SW 143RD AVE
Hollywood, FL 33027

CENTRAL TESTING LABORATORY
130 Satellite Ct.
Leesburg, FL 34748

DONNA MARIE SLY
4628 COUNTY RD 475 # 199
Bushnell, FL 33513

DYANDRIA DAREL
1173 SECOND AVE
New York, NY 10065

HIGHEST QUALITY PLUMBING LLC
52 Banyan Drive
Ocala, FL 34474

JOSELITO CAPPA
242 GRAND RESERVE DR
Davenport, FL 33837

EFRAIN RIVERA
ERMYS M RIVERA
1009 NE FLORENCE AVE
Lees Summit, MO 64086

IRVING CRUZ
9810 FLATLANDS AVE
Brooklyn, NY 11236

KING SEPTIC
201 S APOPKA AVENUE
Inverness, FL 34452

FARQUHAR PROPERTIES INC
PO BOX 1088
Dunnellon, FL 34443

JAFFET MARTINEZ
ADRIANA MARTINEZ
4741 LUMINOUS LOOP
APT 204
Kissimmee, FL 34746

KUBOTA CREDIT CORP
3401 DEL AMO BLVD
Torrance, CA 90503

FERNANDO CARDONA
ELIZABETH MARTINEZ
PO BOX 368
New York, NY 10037

JESUS SANCHEZ
5988 BENT PINE DR
APT 380
Orlando, FL 32822

LORI ANN ALWINE
18545 45TH NW
Citra, FL 32113

FRANKLIN R SHERRILL
2043 LIMESTONE LN
Carpentersville, IL 60110

JOEL MALDONADO
101 W RIVERSIDE DR
Jupiter, FL 33469

LOWES
P. O. Box 530914
Atlanta, GA 30353-0914

GALE INSULATION
3250 AIR COMMERCE BLVD
Brooksville, FL 34604

JOHN GARY MOORE
DEBRA LOISE MOORE
10354 HUNTINGTON FOREST BLVD
E
Jacksonville, FL 32257

M TO THE THIRD LLC
4881 E Van Ness Road
Hernando, FL 34442

GERIG CONCRETE INC
3639 EAST HARTLEY COURT
Hernando, FL 34442

JORGE LUGO
YAMILETTH LUGO
5780 FERNLEY DR W
APT 113
West Palm Beach, FL 33415

MADELINE FRETS
15 JEFFERSON AVE
#3A
Jersey City, NJ 07306

GRANT & DOZIER LLC
123 NORTH APOPKA AVENUE
Inverness, FL 34450

JOSE CARLOS CARMENATES
18342 NW 68TH AVE
APT C
Hialeah, FL 33015

MANNY DE JESUS RODRIGUEZ
ANA ROSA PADILLA
6811 NW 76 ST
Fort Lauderdale, FL 33321

HERMAN R RIVERA
PO BOX 981
Gotha, FL 34734

JOSE R ALONSOL
DAISY GARICA
1722 GREEN RIDGE RD
Tampa, FL 33619

MAREK P GIMINSKI
BARBARA M GIMINSKI
131 MORRIS AVE
Garfield, NJ 07026

MARIA ORTIZ
AIXA ORTIZ
10967 LAKE UNDERHILL RD
STE 108
Orlando, FL 32825

MARIO VAN SEVEREN
MARIA SEVEREN
10311 ARROW CREEEK
APT 303
Centreville, MD 21617

MDST LLC
2941 N BROWN POINT
Hernando, FL 34442

MELISSA LOPEZ
4717 HERON ST
Hitchcock, TX 77563

MOSHE AMI
2221 PINEAPPLE AVE APT 02
Melbourne, FL 32936

OSCAR VELAQUEZ
651 NW 88TH DRIVE
Pompano Beach, FL 33071

PATRICIA ROTH
14508 5TH AVE
Tacoma, WA 98445

PATRICK R SONARAMA
3025 KILMER LANE N
Minneapolis, MN 55441

Pro Line Title
7119 W. Gulf to Lake HWY
Crystal River, FL 34429

RAM-MARK ENTERPRISE LLC
11838 LEWIS GREEN WAY
Orlando, FL 32824

RAVEN 14 DEVELOPMENT LLC
1601 N FLORIDA AVE
Hernando, FL 34442

RH PAINTING SERVICES
6570 N TRAM ROAD
Hernando, FL 34442

RICHARD D KRUISE
SUSAN R KRUISE
299 MC MULLEN RD
ALTOONA, PA 16600

RICHARD KELLY
LISA KELLY
909 S ADAMS RD
Veradale, WA 99037

RICHARD L COATES
1658 S LADY MARY DR
Clearwater, FL 33756

RICHARD W JOHNSON
DEBRA A JOHNSON
31658 CANNON RUSH DR
San Antonio, FL 33576

RIGOBERTO ALCALA CABRERA
177 PALO VERDE ST
Carrizo Springs, TX 78834

RIVIERA PROPERTIES CORP
PO BOX 981
Gotha, FL 34734

ROBERT E BOROWSKI /
ELZBIETA BOROWKI LLC
100 WEST LAKE COURT
Jackson, NJ 08527

ROBERTA FORESTIERI
MARECHAL BARBACENA 11302
AP62B-VILA REGENTE FEIJO
SAO PAOLO, SP 03333

ROMAC LUMBER
722 DUCK LAKE ROAD
Lady Lake, FL 32159

SAMANTHA J RIBAS
2035 SW 139TH AVE
Miami, FL 33175

SRM CONCRETE
1136 2ND AVENUE
Nashville, TN 37208

State of Florida
Department of Environmental
Protection
3900 Commonwealth Boulevard
Tallahassee, FL 32399

STATE OF FLORIDA
DEPT ENVIRONMENTAL PROTEC
3900 COMMONWEALTH BLVD
MAIL STATION 35
Tallahassee, FL 32399

STEPHEN P ASHLEY
212 HILLCREST DR
Geneseo, IL 61254

TREVOR MARSHALL
MICALLA JENSINE
575 COUNTY HWY 20
East Springfield, NY 13333-5000

TRI COUNTY OVERHEAD DOOR SAL
1110 East Amberjack Drive
Hernando, FL 34442

VERONICA DONO
4807 W COUNTRY CLUB DR
Sarasota, FL 34243

WALTERS LEVINE PA
601 BAYSHORE BLVD
STE 720
Tampa, FL 33606

WASTE BROS.
6700 NORTH TALLAHASSEE RD
Crystal River, FL 34428

WILFREDO NATAL
ANTONIA RODRIGUEZ
3758 10TH AVE APT 6B
New York, NY 10034

WILLIAM LENG
TIFFANY LENG
2615 DRIFTWOOD AVE
Des Moines, IA 50320

WILLIS R HOWELL INC
4752 West Abeline Drive
Dunnellon, FL 34433

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re __Van Der Valk Construction LLC__      Case No. _____
<br>Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $   **20,000.00** |
   | Prior to the filing of this statement I have received | $   **20,000.00** |
   | Balance Due | $   **0.00** |

2. $ __1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **PAID BY CHRIS MATSER**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 30, 2025__        /s/ Richard A. Perry
<br>*Date*        Richard A. Perry 394520
<br>       *Signature of Attorney*
<br>       RICHARD A. PERRY P.A.
<br>       820 EAST FORT KING STREET
<br>       Ocala, FL 34471-2320
<br>       352-732-2299
<br>       richard@rapocala.com
<br>       *Name of law firm*