UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case 3:25-bk-01382-BAJ
Chapter 11 Subchapter V

VAN DER VALK CONSTRUCTION LLC,

Debtor.

**WITHDRAWAL OF OBJECTION TO CLAIM 7 OF DYANDRIA DAREL**

Debtor, Van Der Valk Construction LLC, withdraws its objection to Claim 7 of Dyandria Darel.

**CERTIFICATE OF SERVICE**

Date of Service: August 24, 2026

I certify that, on the date of service indicated above, this document was served by first class mail postage prepaid, on claimant or its representative or attorney at the address listed on the proof of claim (Part 1 paragraph 3) as the address where notices should be sent. The name of the persons served and address where the notice was sent are Dyandria Darel , 1173 Second Ave. 2N, New York , NY 10065.

RICHARD A. PERRY, P.A.
Law Practice
/s/ Richard A. Perry
RICHARD A. PERRY
Fla. Bar No. 394520
820 East Fort King Street
Ocala, Florida 34471-2320
352-732-2299
richard@rapocala.com
Attorney for Debtor