**ORDERED.**

**Dated: August 25, 2026**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Van Der Valk Construction LLC,

Debtor.

Case 3:25-bk-01382-JAB
Chapter 11
Subchapter V

**ORDER DENYING REQUEST FOR APPEARANCE BY ZOOM**

THIS CASE came before the Court for hearing on August 11, 2026 at 9:30am on the Motion to the Court to Request Zoom for Scheduled Court Date 9am September 16, 2026 filed by Dyandria Darel [Doc. 291].

IT IS ORDERED:

1. The Motion has been denied.

###

Attorney, Richard A, Perry., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the Order.