**ORDERED.**

**Dated: November 10, 2026**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Case 3:25-bk-01382-BAJ
Chapter 11 Subchapter V

VAN DER VALK CONSTRUCTION LLC,

Debtor.

**ORDER ON MOTION TO RESCHEDULE CONFIRMATION HEARING**

This case came before the Court upon a Motion to Reschedule Confirmation Hearing [Doc.362]. It is **ORDERED:**

1. The Motion is granted.

2. The hearing presently scheduled for November 10, 2026 at 9:00 a.m. will be rescheduled to March 1, 2027 at 9:00 am in 4th Floor Courtroom 4A, 300 North Hogan Street, Jacksonville, Florida.

###

Attorney Richard A. Perry is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.